# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        : CHAPTER 13

JOSEPH & MELAINE MCCOMB         : CASE NO. 18-12258 ELF

## ORDER

AND NOW, this 4th day of September, 2018, upon consideration of the Debtor(s) Objection to the Proof of Claim of **LVNV FUNDING, LLC.** any response thereto, and a hearing on the matter, it is hereby

ORDERED ~~AND DECREED~~ that the DEBTOR(S) OBJECTION TO THE PROOF OF CLAIM OF **LVNV FUNDING, LLC.** is SUSTAINED the Proof of Claim filed by LVNV FUNDING, LLC. is disallowed.

(Claim No. 13)

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**