# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOSEPH & MELAINE MCCOMB : CASE NO. 18-12258 ELF

## ORDER

AND NOW, this 4th day of September, 2018, upon consideration of the Debtor(s) Objection to the Proof of Claim of **ASHLEY FUNDING SERVICES** any response thereto, and a hearing on the matter, it is hereby

ORDERED ~~AND DECREED~~ that the DEBTOR(S) OBJECTION TO THE PROOF OF CLAIM OF **ASHLEY FUNDING SERVICES** is SUSTAINED the Proof of Claim filed by LVNV FUNDING, LLC. (Claim No. 14) is disallowed.

_____
BANKRUPTCY JUDGE
**ERIC L. FRANK**