United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12258-elf
Joseph McComb                                                           Chapter 13
Melaine McComb
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia           Page 1 of 1          Date Rcvd: Sep 05, 2018
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db/jdb          +Joseph McComb,    Melaine McComb,    4926 Knable Lane,    Trevose, Pa 19053-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
    CAROL B. MCCULLOUGH    on behalf of Joint Debtor Melaine  McComb mccullougheisenberg@gmail.com,
     G25217@notify.cincompass.com
    CAROL B. MCCULLOUGH    on behalf of Debtor Joseph  McComb mccullougheisenberg@gmail.com,
     G25217@notify.cincompass.com
    JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
     paeb@fedphe.com
    JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
     paeb@fedphe.com
    MARIO J. HANYON    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
     paeb@fedphe.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
     bkgroup@kmllawgroup.com
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
     paeb@fedphe.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                     TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 13

JOSEPH & MELAINE MCCOMB                             : CASE NO. 18-12258 ELF

## ORDER

AND NOW, this 4th day of September, 2018, upon consideration of the Debtor(s) Objection to the Proof of Claim of **LVNV FUNDING, LLC.** any response thereto, and a hearing on the matter, it is hereby

ORDERED ~~AND DECREED~~ that the DEBTOR(S) OBJECTION TO THE PROOF OF CLAIM OF **LVNV FUNDING, LLC.** is SUSTAINED the Proof of Claim filed by LVNV FUNDING, LLC. is disallowed.

(Claim No. 13)

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE