United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph McComb  
Melaine McComb  
    Debtors

Case No. 18-12258-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 05, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.  
db/jdb        +Joseph McComb,    Melaine McComb,    4926 Knable Lane,    Trevose, Pa 19053-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:

          CAROL B. MCCULLOUGH    on behalf of Joint Debtor Melaine  McComb mccullougheisenberg@gmail.com,  
            G25217@notify.cincompass.com  
          CAROL B. MCCULLOUGH    on behalf of Debtor Joseph  McComb mccullougheisenberg@gmail.com,  
            G25217@notify.cincompass.com  
          JEROME B. BLANK     on behalf of Creditor    Paramount Residential Mortgage Group, Inc.  
           paeb@fedphe.com  
          JEROME B. BLANK     on behalf of Creditor    Paramount Residential Mortgage Group, INC.  
           paeb@fedphe.com  
          MARIO J. HANYON     on behalf of Creditor    Paramount Residential Mortgage Group, INC.  
           paeb@fedphe.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
           bkgroup@kmllawgroup.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.  
           bkgroup@kmllawgroup.com  
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Paramount Residential Mortgage Group, INC.  
           paeb@fedphe.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                       TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOSEPH & MELAINE MCCOMB : CASE NO. 18-12258 ELF

## ORDER

AND NOW, this 4th day of September, 2018, upon consideration of the Debtor(s) Objection to the Proof of Claim of **ASHLEY FUNDING SERVICES** any response thereto, and a hearing on the matter, it is hereby

ORDERED ~~AND DECREED~~ that the DEBTOR(S) OBJECTION TO THE PROOF OF CLAIM OF **ASHLEY FUNDING SERVICES** is SUSTAINED the Proof of Claim filed by LVNV FUNDING, LLC. is disallowed.

(Claim No. 14)

_____
BANKRUPTCY JUDGE
ERIC L. FRANK