# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph & Melaine McComb
    Debtor(s)

Bk. No. 18-12258elf

Chapter No. 13

## ORDER

**AND NOW**, this 27th day of September, 2018, UPON CONSIDERATION of the Stipulation between the Parties Resolving Debtor's Objection to the Proof of Claim #16 (Doc. # 51), it is hereby **ORDERED** that said stipulation is APPROVED.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**