United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-12258-elf
Joseph McComb                                                                           Chapter 13
Melaine McComb
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Sep 27, 2018
                        Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db/jdb         +Joseph McComb,   Melaine McComb,   4926 Knable Lane,   Trevose, Pa 19053-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
         CAROL B. MCCULLOUGH    on behalf of Joint Debtor Melaine  McComb mccullougheisenberg@gmail.com,
          G25217@notify.cincompass.com
         CAROL B. MCCULLOUGH    on behalf of Debtor Joseph  McComb mccullougheisenberg@gmail.com,
          G25217@notify.cincompass.com
         JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
          paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
          paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
          paeb@fedphe.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
          bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
          paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph & Melaine McComb
    Debtor(s)

Bk. No. 18-12258elf

Chapter No. 13

### ORDER

**AND NOW**, this 27th day of September, 2018, UPON CONSIDERATION of the Stipulation between the Parties Resolving Debtor's Objection to the Proof of Claim #16 (Doc. # 51), it is hereby **ORDERED** that said stipulation is APPROVED.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**