## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph McComb<br>Melaine McComb<br>　　　　　Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Secured Creditor<br>vs. | NO. 18-12258 ELF |
| Joseph McComb<br>Melaine McComb<br>　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　Trustee | |

### STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On April 26, 2018, Toyota Motor Credit Corporation ("Secured Creditor") filed a secured proof of claim regarding its motor vehicle 2010 Toyota Scion XD, VIN: JTKKU4B44A1006618 which set forth a total claim in the amount of $8,755.02.

2. On June 18, 2018, Secured Creditor filed an Objection to Debtors' Chapter 13 Plan.

3. The Parties have reviewed the Objection and Claim in depth to come to a resolution of this matter as per the following terms:

    a) Within ten (10) days of the entry of this Order, Debtors are to file an Amended Chapter 13 Plan to pay the total amount of $6,635.00 at an interest rate of 6.25%.

    b) Within ten (10) days of the filing of the Amended Chapter 13 Plan, Secured Creditor will withdraw its objection.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date:　November 7, 2018　　　　　　　　　　By: /s/ Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

Date: 11/19/18

*[signature]*
Carol B. McCullough, Esquire
Attorney for Debtor

Date: 11/19/18

*[signature]*
William C. Miller, Esquire        NO OBJECTION
Chapter 13 Trustee                *without prejudice to any
                                  trustee rights or remedies.

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank