United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12258-elf
Joseph McComb                                                           Chapter 13
Melaine McComb
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1           Date Rcvd: Nov 21, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
db/jdb         +Joseph McComb,   Melaine McComb,   4926 Knable Lane,   Trevose, Pa 19053-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:
      CAROL B. MCCULLOUGH    on behalf of Joint Debtor Melaine  McComb mcculloughelsenberg@gmail.com, G25217@notify.cincompass.com
      CAROL B. MCCULLOUGH    on behalf of Debtor Joseph  McComb mcculloughelsenberg@gmail.com, G25217@notify.cincompass.com
      JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, Inc. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, INC. paeb@fedphe.com
      MARIO J. HANYON    on behalf of Creditor    Paramount Residential Mortgage Group, INC. paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc. bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Paramount Residential Mortgage Group, INC. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                     TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph McComb<br>Melaine McComb<br>　　　　　Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Secured Creditor<br>vs. | NO. 18-12258 ELF |
| Joseph McComb<br>Melaine McComb<br>　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　Trustee | |

## STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On April 26, 2018, Toyota Motor Credit Corporation ("Secured Creditor") filed a secured proof of claim regarding its motor vehicle 2010 Toyota Scion XD, VIN: JTKKU4B44A1006618 which set forth a total claim in the amount of $8,755.02.

2. On June 18, 2018, Secured Creditor filed an Objection to Debtors' Chapter 13 Plan.

3. The Parties have reviewed the Objection and Claim in depth to come to a resolution of this matter as per the following terms:

    a) Within ten (10) days of the entry of this Order, Debtors are to file an Amended Chapter 13 Plan to pay the total amount of $6,635.00 at an interest rate of 6.25%.

    b) Within ten (10) days of the filing of the Amended Chapter 13 Plan, Secured Creditor will withdraw its objection.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date:　November 7, 2018　　　　　　　　　By: /s/ *Rebecca A. Solarz, Esquire*
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

Date: 11/19/18

_Carol B. McCullough, Esquire_
Attorney for Debtor

Date: 11/9/18

_William C. Miller, Esquire_
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any
trustee rights or remedies.

**ORDER**

The foregoing Stipulation is **APPROVED**.

Date:  11/21/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**