United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12258-elf
Joseph McComb                                                           Chapter 13
Melaine McComb
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett         Page 1 of 1         Date Rcvd: Dec 20, 2018
                         Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db/jdb         +Joseph McComb,   Melaine McComb,   4926 Knable Lane,   Trevose, Pa 19053-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
        CAROL B. MCCULLOUGH    on behalf of Joint Debtor Melaine  McComb mccullougheisenberg@gmail.com,
         G25217@notify.cincompass.com
        CAROL B. MCCULLOUGH    on behalf of Debtor Joseph  McComb mccullougheisenberg@gmail.com,
         G25217@notify.cincompass.com
        JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
         paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
         paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
         paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
         bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Paramount Residential Mortgage Group, INC.
         paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                  TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph McComb and Melaine McComb

    Debtor(s)

Chapter: 13

Bankruptcy No: 18−12258−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 18th day of December, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Eric L. Frank
                                                    Judge ,
                                                    United States Bankruptcy Court

                                                                        71 − 60
                                                                      Form 155