United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12258-elf |
| Joseph McComb | Chapter 13 |
| Melaine McComb | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph McComb, Melaine McComb, 4926 Knable Lane, Trevose, Pa 19053-7914 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021             Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Joseph McComb mcculloughheisenberg@gmail.com  cbmccullough64@gmail.com |
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Melaine McComb mcculloughheisenberg@gmail.com  cbmccullough64@gmail.com |
| DANIEL P. JONES | on behalf of Creditor Paramount Residential Mortgage Group  Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor Paramount Residential Mortgage Group  Inc. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Paramount Residential Mortgage Group  INC. paeb@fedphe.com |
| MARIO J. HANYON | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Paramount Residential Mortgage Group  INC. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
   on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
   on behalf of Creditor Paramount Residential Mortgage Group  INC. paeb@fedphe.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    JOSEPH MCCOMB | : | |
|    MELANIE MCCOMB, | : | |
|         Debtors | : | Bky. No.  18-12258 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #81) is **APPROVED**.

Date:  March 24, 2021

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE