# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　JOSEPH MCCOMB<br>　　MELANIE MCCOMB<br>　　　　Debtor(s)<br>CENLAR, FSB, AS SERVICER FOR PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.<br>　　　　Movant<br>　　v.<br>JOSEPH MCCOMB<br>MELANIE MCCOMB<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 18-12258-ELF |

## ORDER

AND NOW, upon the motion of Cenlar, FSB, as servicer for Paramount Residential Mortgage Group, Inc., and after a hearing, it is **ORDERED** that Movant, Paramount Residential Mortgage Group, Inc. (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  4926 Knable Lane, Feasterville Trevose, PA 19053.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

Date: 2/2/22

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**