United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12258-elf
Joseph McComb  Chapter 13
Melaine McComb
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph McComb, Melaine McComb, 4926 Knable Lane, Trevose, Pa 19053-7914 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

**Name**      **Email Address**

CAROL B. MCCULLOUGH
     on behalf of Debtor Joseph McComb mcculougheisenberg@gmail.com cbmccullough64@gmail.com

CAROL B. MCCULLOUGH
     on behalf of Joint Debtor Melaine McComb mcculougheisenberg@gmail.com cbmccullough64@gmail.com

DANIEL P. JONES
     on behalf of Creditor Paramount Residential Mortgage Group Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

JEROME B. BLANK
     on behalf of Creditor Paramount Residential Mortgage Group Inc. paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor Paramount Residential Mortgage Group INC. paeb@fedphe.com

KENNETH E. WEST

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Feb 02, 2022    Form ID: pdf900    Total Noticed: 1

ecfemails@ph13trustee.com

MARIO J. HANYON

on behalf of Creditor Paramount Residential Mortgage Group  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Paramount Residential Mortgage Group  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG

on behalf of Creditor Paramount Residential Mortgage Group  INC. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    JOSEPH MCCOMB<br>    MELANIE MCCOMB<br>        Debtor(s)<br>CENLAR, FSB, AS SERVICER FOR<br>PARAMOUNT RESIDENTIAL<br>MORTGAGE GROUP, INC.<br>        Movant<br>    v.<br>JOSEPH MCCOMB<br>MELANIE MCCOMB<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 18-12258-ELF |

**ORDER**

AND NOW, upon the motion of Cenlar, FSB, as servicer for Paramount Residential Mortgage Group, Inc., and after a hearing, it is **ORDERED** that Movant, Paramount Residential Mortgage Group, Inc. (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"): 4926 KNABLE LANE, FEASTERVILLE TREVOSE, PA 19053.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

Date: 2/2/22

                                        _____
                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**