# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-12258-ELF

JOSEPH  MCCOMB
MELAINE  MCCOMB
4926 KNABLE LANE

TREVOSE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH  MCCOMB
    MELAINE  MCCOMB
    4926 KNABLE LANE

    TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

Date: 4/19/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee