United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joseph McComb  
Melaine McComb  
    Debtors

Case No. 18-12258-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: May 18, 2022     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph McComb, Melaine McComb, 4926 Knable Lane, Trevose, Pa 19053-7914 |
| 14116662 | + | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminstser Pa 18974-3229 |
| 14121767 | + | PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14086083 | | Paramount Residential Mortgage Group, C/o Phelan Hallinan Diamond & Jones, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 14559541 | + | Paramount Residential Mortgage Group, Inc., c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14086084 | | Ray Wall, Treasurer, 3750 Hulmeville Rd, Bensalem, PA 19020-4491 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:54:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14121163 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:54:35 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14094526 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:54:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117681 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:54:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14086079 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:48:00 | Comenity - Torrid, PO Box 659584, San Antonio, TX 78265-9584 |
| 14086080 | | Email/PDF: creditonebknotifications@resurgent.com | May 18 2022 23:54:35 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14086081 | | Email/Text: bnc-bluestem@quantum3group.com | May 18 2022 23:48:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14120779 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:54:31 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14121753 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:54:30 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108538 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14106733 | | Email/PDF: cbp@onemainfinancial.com | May 18 2022 23:54:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14110322 | + | Email/Text: bankruptcygroup@peco-energy.com | May 18 2022 23:48:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14088224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:54:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14085810 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2022 23:54:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14117040 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14120251 | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14086086 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 18 2022 23:47:00 | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14086085 | | Email/Text: bncmail@w-legal.com | May 18 2022 23:47:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14097479 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 18 2022 23:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14086077 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:54:38 | capital one ban, PO Box 71083, Charlotte, NC 28272-1083 |
| 14086078 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:54:29 | capital one bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14086082 | | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 23:47:00 | kohl's payment center, PO Box 2983, Milwaukee, WI 53201-2983 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14086076 | | 18-12258 |
| 14097585 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022        Signature:    /s/Gustava Winters

Case 18-12258-elf    Doc 100    Filed 05/20/22    Entered 05/21/22 00:30:04    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Joseph McComb mccullougheisenberg@gmail.com cbmccullough64@gmail.com |
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Melaine McComb mccullougheisenberg@gmail.com cbmccullough64@gmail.com |
| DANIEL P. JONES | on behalf of Creditor Paramount Residential Mortgage Group Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor Paramount Residential Mortgage Group INC. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Paramount Residential Mortgage Group Inc. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Paramount Residential Mortgage Group INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Paramount Residential Mortgage Group Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Paramount Residential Mortgage Group INC. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JOSEPH MCCOMB  
MELAINE MCCOMB  

Chapter 13

Debtor    Bankruptcy No. 18-12258-ELF

# ORDER

**AND NOW**, this ___18th___ day of ___May___, 202**2**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
CAROL B MCCULLOUGH  
65 W STREET RD  
SUITE A-204  
WARMINISTER, PA 18974-

Debtor:  
JOSEPH MCCOMB  
MELAINE MCCOMB  
4926 KNABLE LANE

TREVOSE, PA 19053